1  Vincent P. Hurley #111215
   Raymond A. Thomas #271425
2  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
3  38 Seascape Village
   Aptos, California 95003
4  Telephone: (831) 661-4800
   Facsimile: (831) 661-4804
5
   Attorneys for Defendants
6  CITY OF KING CITY, KING CITY POLICE DEPARTMENT,
   and OFFICER JORGE LUNA
7

8                    UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12  MARTIN M., As Guardian Ad Litem  )  Case No. C12-01951-LHK
    For J.M.,                         )
13                                    )  STIPULATION AND [PROPOSED]
                                      )  ORDER GRANTING LEAVE TO
              Plaintiff,              )  AMEND THE COMPLAINT
14                                    )
                                      )
15      vs.                           )
                                      )
16  CITY OF KING CITY, KING CITY      )
    POLICE DEPARTMENT, OFFICER        )
    JORGE LUNA, and DOES 1-50,        )
17  inclusive.                        )
                                      )
18            Defendants.             )

19

20

21

22       The parties met and conferred on April 23, 2012 to discuss, among other issues, the

23  Defendants' intentions to move to dismiss matters and prayers alleged in the complaint. The

24  parties came to an agreement that Plaintiff will amend the complaint in order to avoid the

25  Defendants' motion and save both time and resources of the parties and the Court.

26  ///

27  ///

28  ///

                                             1

1  Accordingly, the parties hereby stipulate and request the Court grant Plaintiff leave to file
2  an amended complaint no later than May 7, 2012. The parties further request that the Court
3  grant Defendants until May 17, 2012 to respond to said amended complaint.
4  Dated: April 26, 2012

5                  LAW OFFICES OF VINCENT P. HURLEY
                A Professional Corporation

8                  By: _____/s/ Raymond A. Thomas_____
                        RAYMOND A. THOMAS
9                  Attorneys for Defendants CITY OF KING CITY,
                KING CITY POLICE DEPARTMENT, and
10                 OFFICER JORGE LUNA

11
Dated: April 26, 2012
12
                NILAND AND NILAND

15                 By: _____/s/ Martin Lettunich_____
                        MARTIN LETTUNICH
16                 Attorneys for Plaintiff MARTIN M., As Guardian
                Ad Litem For J.M.

20  **PURSUANT TO STIULATION, IT IS SO ORDERED.** Plaintiff is granted leave to
21  amend the complaint. Said amended complaint shall be filed with this Court no later than
22  May 7, 2012. Defendants shall respond to said amended complaint no later than May 17, 2012.
23  In light of the parties' stipulation, Defendants' administrative motion, ECF No. 5, is granted.
24  Dated: April 27, 2012

25                  By: _____*Lucy H. Koh*_____
                        LUCY H. KOH
26                  United States District Court Judge

Stip & [Proposed] Order Granting Leave for Amended Cmplt                 Case No. C12-01951-LHK