1  Vincent P. Hurley #111215
   Raymond A. Thomas #271425
2  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
3  38 Seascape Village
   Aptos, California 95003
4  Telephone: (831) 661-4800
   Facsimile: (831) 661-4804
5
   Attorneys for Defendants
6  CITY OF KING CITY, KING CITY POLICE DEPARTMENT,
   and OFFICER JORGE LUNA
7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11
                                        )  Case No. C12-01951-LHK
12 MARTIN M., As Guardian Ad Litem      )
   For J.M.,                            )  STIPULATION AND [PROPOSED]
13                                      )  ORDER GRANTING LEAVE TO
              Plaintiff,                )  AMEND THE COMPLAINT
14                                      )
       vs.                              )
15                                      )
   CITY OF KING CITY, KING CITY         )
16 POLICE DEPARTMENT, OFFICER           )
   JORGE LUNA, and DOES 1-50,           )
17 inclusive.                           )
                                        )
18            Defendants.               )

19

20

21

22      The parties met and conferred on April 23, 2012 to discuss, among other issues, the

23 Defendants' intentions to move to dismiss matters and prayers alleged in the complaint. The

24 parties came to an agreement that Plaintiff will amend the complaint in order to avoid the

25 Defendants' motion and save both time and resources of the parties and the Court.

26 / / /

27 / / /

28 / / /

Accordingly, the parties hereby stipulate and request the Court grant Plaintiff leave to file an amended complaint no later than May 7, 2012. The parties further request that the Court grant Defendants until May 17, 2012 to respond to said amended complaint.

Dated: April 26, 2012

                    LAW OFFICES OF VINCENT P. HURLEY
                    A Professional Corporation

                    By:     /s/ Raymond A. Thomas
                           RAYMOND A. THOMAS
                    Attorneys for Defendants CITY OF KING CITY, KING CITY POLICE DEPARTMENT, and OFFICER JORGE LUNA

Dated: April 26, 2012

                    NILAND AND NILAND

                    By:     /s/ Martin Lettunich
                           MARTIN LETTUNICH
                    Attorneys for Plaintiff MARTIN M., As Guardian Ad Litem For J.M.

**PURSUANT TO STIULATION, IT IS SO ORDERED.** Plaintiff is granted leave to amend the complaint. Said amended complaint shall be filed with this Court no later than May 7, 2012. Defendants shall respond to said amended complaint no later than May 17, 2012. In light of the parties' stipulation, Defendants' administrative motion, ECF No. 5, is granted.

Dated: April 27, 2012

                    By: *Lucy H. Koh*
                           LUCY H. KOH
                           United States District Court Judge