UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J.M., a minor by and through MARTIN M., as Guardian Ad Litem; MARTIN M. and ADELA M., individually,<br><br>          Plaintiffs,<br>   v.<br>CITY OF KING CITY, et al.,<br><br>          Defendants. | Case No.: 12-CV-01951-LHK<br><br>ORDER SEALING SECOND AMENDED COMPLAINT AND ORDERING RE-FILING OF REDACTED SECOND AMENDED COMPLAINT<br><br>(re: dkt. #11) |

On May 9, 2012, Plaintiffs filed a Second Amended Complaint[1] in which they disclose, for the first time, minor Plaintiff J.M.'s full name and birth date. Pursuant to Federal Rule of Civil Procedure 5.2(a), parties may include in any filing with the Court only a minor's initials and only the year of the individual's birth. Accordingly, to protect the interests of the minor J.M., the Clerk shall seal ECF No. 11. By September 10, 2012, Plaintiffs shall re-file properly redacted versions of their previously filed Second Amended Complaint. The parties must ensure that the minor's name and date of birth, as well as the parents' last name, have been redacted in all publicly filed documents. *See* Fed. R. Civ. P. 5.2(a).

---

[1] On the docket, Plaintiffs' SAC is labeled simply "Amended Complaint," and in the document itself, the pleading is titled "Third Amended Complaint." The Court deems the operative pleading the Second Amended Complaint ("SAC"), and refers to it as such.

1
Case No.: 12-CV-01951-LHK
ORDER SEALING SECOND AMENDED COMPLAINT AND ORDERING RE-FILING OF REDACTED SECOND AMENDED COMPLAINT

1   **IT IS SO ORDERED.**

2   Dated: September 6, 2012

                                                LUCY H. KOH
United States District Judge

Case No.: 12-CV-01951-LHK
ORDER SEALING SECOND AMENDED COMPLAINT AND ORDERING RE-FILING OF REDACTED SECOND AMENDED COMPLAINT