United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J.M., a minor by and through MARTIN M., as Guardian Ad Litem; MARTIN M. and ADELA M., individually,<br><br>                    Plaintiffs,<br>    v.<br><br>CITY OF KING CITY, et al.,<br><br>                    Defendants. | Case No.: 12-CV-01951-LHK<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS |

On December 3, 2012, Plaintiffs and Defendants filed a stipulation for administrative relief vacating the case management conference scheduled for December 12, 2012, and withdrawing Defendants' Motion to Dismiss due to tentative settlement of the case. ECF No. 40. In addition, Plaintiffs and Defendants filed a Stipulation for Dismissal with Prejudice. ECF No. 42. Finally, on December 5, 2012, Plaintiffs and Defendants filed a Joint Case Management Statement in which the parties requested that the Court vacate all future court appearances with the exception of a motion regarding the minor's compromise. ECF No. 43. Accordingly, the case management conference scheduled for December 12, 2012, and the Motion to Dismiss scheduled for February 7, 2013, are hereby VACATED. A hearing on the minor's compromise will be held on February 7, 2013, at 1:30pm.

Dated:  December 10, 2012

                                                      _____
                                                      LUCY H. KOH
                                                      United States District Judge