Vincent P. Hurley #111215
Raymond A. Thomas #271425
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
38 Seascape Village
Aptos, California 95003
Telephone: (831) 661-4800
Facsimile: (831) 661-4804

Attorneys for Defendants
City of King City, King City Police Department, Officer Jorge Luna, Officer Jesus Yanez, Sergeant Jerry Hunter, Chief of Police Nick Baldiviez, Captain Bruce Miller, Sergeant Mark Baker, and Sergeant Alejandra Tirado

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J.M., a minor by and through MARTIN M., as Guardian Ad Litem; MARTIN M. and ADELA M., Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> OFFICER JORGE LUNA, OFFICER JESUS YANEZ (Doe I), SERGEANT JERRY HUNTER (Doe II), CHIEF OF POLICE NICK BALDIVIEZ (Doe III), CAPTAIN BRUCE MILLER (Doe IV), SERGEANT MARK BAKER (Doe V), SERGEANT ALEJANDRA TIRADO (Doe VI), CITY OF KING CITY, KING CITY POLICE DEPARTMENT, and DOES VII-L. <br><br> Defendants. | Case No. C12-01951-LHK <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE <br><br> [Federal Rule of Civil Procedure 41(a)] |

J.M., MARTIN M., individually and as Guardian Ad Litem for J.M., and ADELA M. ("Plaintiffs") and their counsel Edward Niland, as set forth in the Confidential Mediation Settlement Agreement executed on November 21, 2012 by Plaintiffs and their counsel and counsel for Defendants JORGE LUNA, JESUS YANEZ, JERRY HUNTER, NICK BALDIVIEZ, BRUCE MILLER, MARK BAKER, ALEJANDRINA TIRADO, CITY OF KING

1

CITY, and KING CITY POLICE DEPARTMENT, stipulate to dismissal of their actions with prejudice subject to an Order on Minor's Compromise.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 5, 2012

NILAND & NILAND

By:     /s/ Edward Niland
        EDWARD NILAND
Attorneys for Plaintiffs J.M., a minor by and through MARTIN M., as Guardian Ad Litem; MARTIN M. and ADELA M., Individually

Dated: December 5, 2012

LAW OFFICES OF VINCENT HURLEY
A Professional Corporation

By:         /s/ J. Omar Rodriguez
            J. OMAR RODRIGUEZ
Attorneys for Defendants City of King City, King City Police Department, Officer Jorge Luna, Officer Jesus Yanez, Sergeant Jerry Hunter, Chief of Police Nick Baldiviez, Captain Bruce Miller, Sergeant Mark Baker, and Sergeant Alejandra Tirado

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   December 12, 2012

*Lucy H. Koh*
United States District Court Judge