1  Vincent P. Hurley #111215
   Raymond A. Thomas #271425
2  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
3  38 Seascape Village
   Aptos, California 95003
4  Telephone: (831) 661-4800
   Facsimile: (831) 661-4804
5
   Attorneys for Defendants
6  City of King City, King City Police Department, Officer Jorge Luna, Officer Jesus Yanez,
   Sergeant Jerry Hunter, Chief of Police Nick Baldiviez, Captain Bruce Miller, Sergeant Mark
7  Baker, and Sergeant Alejandra Tirado

8

9                       UNITED STATES DISTRICT COURT

10                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                               SAN JOSE DIVISION

12

13  J.M., a minor by and through MARTIN    )   Case No. C12-01951-LHK
    M., as Guardian Ad Litem; MARTIN M.    )
14  and ADELA M., Individually,            )   STIPULATION AND ORDER FOR
                                           )   DISMISSAL WITH PREJUDICE
15                    Plaintiffs,          )
                                           )   [Federal Rule of Civil Procedure 41(a)]
16        vs.                              )
                                           )
17  OFFICER JORGE LUNA, OFFICER            )
    JESUS YANEZ (Doe I), SERGEANT          )
18  JERRY HUNTER (Doe II), CHIEF OF        )
    POLICE NICK BALDIVIEZ (Doe III),       )
19  CAPTAIN BRUCE MILLER (Doe IV),         )
    SERGEANT MARK BAKER (Doe V),           )
20  SERGEANT ALEJANDRA TIRADO              )
    (Doe VI), CITY OF KING CITY, KING      )
21  CITY POLICE DEPARTMENT, and            )
    DOES VII-L.                            )
22                                         )
                      Defendants.          )
23                                         )

24       J.M., MARTIN M., individually and as Guardian Ad Litem for J.M., and ADELA M.

25  ("Plaintiffs") and their counsel Edward Niland, as set forth in the Confidential Mediation

26  Settlement Agreement executed on November 21, 2012 by Plaintiffs and their counsel and

27  counsel for Defendants JORGE LUNA, JESUS YANEZ, JERRY HUNTER, NICK

28  BALDIVIEZ, BRUCE MILLER, MARK BAKER, ALEJANDRINA TIRADO, CITY OF KING

1

CITY, and KING CITY POLICE DEPARTMENT, stipulate to dismissal of their actions with prejudice subject to an Order on Minor's Compromise.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 5, 2012

NILAND & NILAND

By:    /s/ Edward Niland
      EDWARD NILAND
Attorneys for Plaintiffs J.M., a minor by and through MARTIN M., as Guardian Ad Litem; MARTIN M. and ADELA M., Individually

Dated: December 5, 2012

LAW OFFICES OF VINCENT HURLEY
A Professional Corporation

By:    /s/ J. Omar Rodriguez
      J. OMAR RODRIGUEZ
Attorneys for Defendants City of King City, King City Police Department, Officer Jorge Luna, Officer Jesus Yanez, Sergeant Jerry Hunter, Chief of Police Nick Baldiviez, Captain Bruce Miller, Sergeant Mark Baker, and Sergeant Alejandra Tirado

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  December 12, 2012

*Lucy H. Koh*
United States District Court Judge