```
 1  Vincent P. Hurley #111215
    Raymond A. Thomas #271425
 2  LAW OFFICES OF VINCENT P. HURLEY
    A Professional Corporation
 3  38 Seascape Village
    Aptos, California 95003
 4  Telephone:  (831) 661-4800
    Facsimile:  (831) 661-4804
 5
    Attorneys for Defendants
 6  City of King City, King City Police Department, Officer Jorge Luna, Officer Jesus Yanez,
    Sergeant Jerry Hunter, Chief of Police Nick Baldiviez, Captain Bruce Miller, Sergeant Mark
 7  Baker, and Sergeant Alejandra Tirado

 8

 9                      UNITED STATES DISTRICT COURT

10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION
```

| | |
|---|---|
| J.M., a minor by and through MARTIN M., as Guardian Ad Litem; MARTIN M. and ADELA M., Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICER JORGE LUNA, OFFICER JESUS YANEZ (Doe I), SERGEANT JERRY HUNTER (Doe II), CHIEF OF POLICE NICK BALDIVIEZ (Doe III), CAPTAIN BRUCE MILLER (Doe IV), SERGEANT MARK BAKER (Doe V), SERGEANT ALEJANDRA TIRADO (Doe VI), CITY OF KING CITY, KING CITY POLICE DEPARTMENT, and DOES VII-L.<br><br>Defendants. | Case No.  C12-01951-LHK<br><br>MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS and [~~PROPOSED~~] ORDER REMOVING INCORRECTLY FILED DOCUMENTS FROM THE ECF DOCKET |

Defendants OFFICER JORGE LUNA, OFFICER JESUS YANEZ (Doe I), SERGEANT JERRY HUNTER (Doe II), CHIEF OF POLICE NICK BALDIVIEZ (Doe III), CAPTAIN BRUCE MILLER (Doe IV), SERGEANT MARK BAKER (Doe V), SERGEANT ALEJANDRA TIRADO (Doe VI), CITY OF KING CITY, and KING CITY POLICE DEPARTMENT hereby move the Court for administrative relief in the form of an order

1  removing two incorrectly filed documents from the case docket.  The incorrectly filed documents
2  are identified as:
3       A.     ECF Docket Document No. 40, filed December 3, 2012.  The document is titled
4  "Stipulation and [Proposed] Order for Administrative Relief Vacating Case Management
5  Conference and Withdrawing Defendants' Motion to Dismiss Due to Tentative Settlement of the
6  Case."  This document's attachment, "Exhibit A", contains terms of settlement intended to
7  remain confidential.
8       B.     ECF Docket Document No. 39, filed December 3, 2012.  The document is titled
9  "Motion for Administrative Relief Vacating Case Management Conference and Withdrawing
10 Defendants' Motion to Dismiss Due to Settlement of the Case."  This document will be revised
11 and re-filed with a corrected Stipulation and [Proposed] Order.

Dated:  December 4, 2012

                              LAW OFFICES OF VINCENT P. HURLEY
                              A Professional Corporation

                              By:       /s/ J. Omar Rodriguez
                                     J. OMAR RODRIGUEZ
                              Attorneys for Defendants City of King City, King
                              City Police Department, Officer Jorge Luna, Officer
                              Jesus Yanez, Sergeant Jerry Hunter, Chief of Police
                              Nick Baldiviez, Captain Bruce Miller, Sergeant
                              Mark Baker, and Sergeant Alejandra Tirado

**ORDER**

**It is ordered that incorrectly e-filed documents nos. 39 and 40 be removed from ECF.**

Dated:   December 28  , 2012

                              By:  _/s/ Lucy H. Koh_
                              LUCY H. KOH, United States Judge