UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J.M., a minor by and through MARTIN M., as Guardian Ad Litem; MARTIN M. and ADELA M., individually,<br><br>           Plaintiffs,<br>     v.<br><br>CITY OF KING CITY, et al.,<br><br>           Defendants. | Case No.: 12-CV-01951-LHK<br><br>ORDER APPROVING GUARDIAN AD LITEM'S PETITION FOR COURT APPROVAL OF A MINOR'S COMPROMISE |

On November 21, 2012, the parties entered into mediation with Thomas Denver as Mediator. Edward L. Niland appeared on behalf of Plaintiffs J.M., a minor, by and through Martin M., Guardian Ad Litem, and Martin M. and Adela M., individually. Vincent P. Hurley appeared on behalf of Defendants Officer Jorge Luna, Officer Jesus Yanez, Sergeant Jerry Hunter, Chief of Police Nick Baldiviez, Captain Bruce Miller, Sergeant Mark Baker, Sergeant Alejandrina Tirado, City of King City, and the King City Police Department.

After consideration of all papers submitted and good cause appearing therefore, IT IS HEREBY ADJUDGED that the terms of the agreed upon settlement are reasonable in these circumstances and it is ordered that the amount allocated to the minor is confirmed as appropriate and the settlement is hereby APPROVED. Accordingly, the hearing on the minor's compromise, currently scheduled for February 7, 2013, is hereby VACATED.

A sum in the amount of $55,983 shall be deposited in Chase Bank, (address to be established), California, and a Proof of Deposit and Receipt acknowledging this Court's oversight and control over the account until September 12, 2013, shall be signed by a bank officer and returned to this Court within 15 days of deposit.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  February 5, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-01951-LHK
ORDER APPROVING GUARDIAN AD LITEM'S PETITION FOR COURT APPROVAL OF A MINOR'S COMPROMISE